■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILSON PAZMINO, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Silverman, J.), rendered July 12, 1991, convicting him of attempted robbery in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence adduced at trial in a light most favorable to the People *(see, People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

Further, under the circumstances of this case, the court's refusal to grant a two-day adjournment was not an improvident exercise of discretion *(see, People v Edwards,* 160 AD2d 722).

The defendant's remaining contention is without merit. Mangano, P. J., Sullivan, Balletta and O'Brien, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO PEIANO, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered May 28, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Thompson, J. P., Harwood, Balletta, Rosenblatt and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTIS B. PLAYER, JR., Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Rohl, J.), rendered November 13, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Concur—Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.